# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PROBATION OFFICE

**MATTHEW R. MACAVOY**
**CHIEF U.S. PROBATION OFFICER**

**FEDERAL OFFICE BUILDING**
**600 ARCH STREET, SUITE 2400**
**PHILADELPHIA, PA   19106-1679**
**215-597-7950**
**FAX: 215-597-8856**

April 28, 2021

## MEMORANDUM

**TO:**   The Honorable Jan E. DuBois

**RE:**   Edwin Figueroa-Feliciano
Docket No. 2:18CR000115-1
**Travel Request**

Reference is made to the Memorandum forwarded to the Court on April 22, 2021. At that time, Your Honor approved a plan to allow Mr. Figueroa-Feliciano to have a daily curfew. Mr. Figueroa-Feliciano continues to reside with his mother and stepfather. He also continues to work full time at Z Brothers Service. His Court ordered financial obligations have been satisfied.

The purpose of this correspondence is to request that the Court consider an emergency travel request recently made by Mr. Figueroa-Feliciano. We are seeking the Court's permission to allow Mr. Figueroa-Feliciano to travel to Jacksonville, Florida to attend his brother's funeral. His family will be traveling via automobile, as he has reported airline tickets are too expensive. He is requesting to depart this Friday, April 30, 2021, and return on Monday, May 3, 2021.

We note that only the Court can approve the removal and temporary suspension of the Location Monitoring condition, thus, we are seeking the Court's permission at this time. If the plan is approved, Mr. Figueroa-Feliciano will remove the transmitter the morning of his travel and, upon his return, we will make arrangements to reaffix the transmitter within a 72 hour time frame. The period of time Mr. Figieroa-Feliciano is without a transmitter will be added to the remaining term of Location Monitoring.

If approved, Mr. Figueroa-Feliciano would stay with family at 1823 Sunrise Drive Jacksonville, FL 32246.

The probation office is requesting that Your Honor consider the offender's emergency travel request outlined above.

If Your Honor has any questions or requires additional information, please contact the undersigned officer at (267) 299-4621. As to our plan, we have provided a space below for Your Honor's response.

Respectfully Submitted,

Matthew MacAvoy, Chief
U.S. Probation Officer

Adam Peterson  Digitally signed by Adam Peterson
Date: 2021.04.28 11:35:50 -04'00'

Sulimar Colon
U.S. Probation Officer

Approved By:  Adam Peterson  Digitally signed by Adam Peterson
Date: 2021.04.28 11:36:04 -04'00'
_____
Adam E. Peterson
Supervising U.S. Probation Officer

Approve:  _____

Disapprove:  _____

Other:

_____
Honorable Jan E. DuBois
United States District Court Judge

_____
Date: