# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| EDWIN FIGUEROA-FELICIANO | NO. 18-115 |

## O R D E R

**AND NOW**, this 29th day of April, 2021, upon consideration of the United States Probation Office's Memorandum dated April 28, 2021,[1] it appearing from the Memorandum that defendant seeks permission to travel to Jacksonville, Florida from April, 30, 2021, through May 3, 2021, for his brother's funeral, the United States Probation Office having reported that it does not object to defendant's request to travel, **IT IS ORDERED** that defendant's request to travel is **GRANTED**. Defendant, Edwin Figueroa-Feliciano, is permitted travel to Jacksonville, Florida from April, 30, 2021, through May 3, 2021, subject to the following conditions:

1. Defendant, Edwin Figueroa-Feliciano, shall notify the United States Probation Office by telephone immediately before leaving for travel to Florida on April, 30, 2021;

2. On or before April, 30, 2021, defendant, Edwin Figueroa-Feliciano, shall provide the United States Probation Office with a detailed travel itinerary, which includes, but is not limited to, contact information and lodging details regarding his travel to Jacksonville, Florida from April, 30, 2021, through May 3, 2021;

3. The Location Monitoring condition of supervised release is temporarily suspended in connection with the travel to Jacksonville, Florida, subject to the instructions of the United States Probation Office; and

---

[1] A copy of the United States Probation Office's Memorandum dated April 28, 2021, shall be docketed by the Deputy Clerk.

4. Defendant, Edwin Figueroa-Feliciano, shall notify the United States Probation Office by telephone immediately upon his return to his home in Philadelphia, Pennsylvania from Florida on May 3, 2021.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Judgment dated November 20, 2019, **CONTINUES** in effect.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**